UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BOND SIMPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　Defendant. | Case No.18-cv-00309-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF RE: FAILURE TO FILE MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Joseph Bond Simpson filed this action challenging the denial of his application for social security benefits. On September 12, 2018, the Court granted Plaintiff's motion for an extension of time, until October 19, 2018, to file his motion for summary judgment. (Dkt. No. 13.) To date, Plaintiff has not filed his motion or otherwise communicated with the Court. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff shall simultaneously file a written response to this Order and his motion for summary judgment by November 30, 2018. Failure to do so may result in the dismissal of this action for failure to prosecute. *See* Fed. R. Civ. Pro. 41(b).

**IT IS SO ORDERED.**

Dated: November 16, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge